ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Chief, Criminal Division
ELIZABETH CARPENTER(SBN 243460)
ABIGAIL W. EVANS (SBN 249629)
XOCHITL D. ARTEAGA (SBN 227034)
KEVIN L. ROSENBERG (SBN OH 81448)
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-466-R |
| Plaintiff, ) | ORDER DENYING DEFENDANTS' MOTION TO SEVER AND FINDINGS THERETO |
| v. ) | |
| JOSE ALFARO, et al., ) | |
| Defendants. ) | |

Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants Kelvin Melgar, Carlos Cuentas, Pedro Lopez and Fernando Morales, by and through the authorized representatives of their counsels of record, Stephen Frye, Thomas Nishi, Mark Flemming, and Dale Rubin, at a hearing held before this Court on September 16, 2010, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

1. The Court read and considered defendants' Motion to Sever (doc. 645) filed on July 29, 2010, and the government's opposition thereto.

2. The Court, after carefully considering the pleadings,

1 declarations and documents filed by the parties, as well as the
2 argument presented at the hearing, orally denied the defendant's
3 Motion to Sever.  This Order will supplement the Court's oral
4 ruling denying the motion.  In connection with this Order, the
5 Court makes the following Findings of Fact and Conclusions of
6 Law.
7     3.   On September 16, 2010, this Court held a hearing on the
8 motion.  Defendants appeared in person with their counsels of
9 record.  After affording the parties opportunity for argument,
10 the Court denied their Motion to Sever.
11     4.   The Court considers United States v. Freeman, 6 F.3d
12 586 (9th Cir. 1983) and finds that where a conspiracy is charged,
13 a joint trial is particularly appropriate because in order to
14 assess one defendant's culpability, it is necessary for the jury
15 to consider evidence of and understand the conduct for which the
16 co-defendants are charged.
17     5.   The Court finds that the RICO conspiracy charged in
18 count 1 alleges that all defendants participated in a single
19 overarching criminal enterprise and a joint trial is appropriate.
20 THEREFORE, FOR GOOD CAUSE SHOWN:
21     IT IS HEREBY ORDERED that defendant Kelvin Melgar, Carlos
22 Cuentas, Pedro Lopez and Fernando Morales' Motion to Sever is
23 denied.
24     IT IS SO ORDERED.
25
26  Oct. 1, 2010 
   DATE                              THE HONORABLE MANUEL REAL
27                                    UNITED STATES DISTRICT JUDGE
28

1  Presented by:
2
3  ___/s/_____
   Kevin L. Rosenberg
4  Department of Justice
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28